Robert S. Arns, State Bar No. 65071 (rsa@arnslaw.com)
Jonathan E. Davis, State Bar No. 191346 (jed@arnslaw.com)
Kevin M. Osborne, State Bar No. 261367 (kmo@arnslaw.com)
Julie C. Erickson, State Bar No. 293111 (jce@arnslaw.com)
Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)

**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California 94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN FRANCISCO
CIVIL UNLIMITED

| | |
|---|---|
| KIMBERLEE KELLER and TOMMY GARADIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC.; AMAZON LOGISTICS, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C17-cv-02219 RS<br><br>**STIPULATION REQUESTING AMENDED BRIEFING SCHEDULE AND HEARING RE MOTION TO DISMISS, STAY, OR VACATE AND MOTION TO COMPEL ARBITRATION AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2;** ~~PROPOSED~~ **ORDER**<br><br>Courtroom: 3<br>Judge: Hon. Richard G. Seeborg<br>Trial Date: None Set |

-1-
STIPULATION REQUESTING AMENDED BRIEFING SCHEDULE AND HEARING RE MOTION TO DISMISS, STAY, OR VACATE AND MOTION TO COMPEL ARBITRATION AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2; PROPOSED ORDER

This Stipulation is entered into by and among Plaintiffs Kimberlee Keller and Tommy Garadis, who are putative class representatives in *Keller, et al. v. Amazon.Com, et al.*, No. C17-cv-02219 RS, N.D. Cal., and Defendants Amazon Inc. and Amazon Logistics, Inc. (collectively, "Amazon"), by and through their respective counsel.

WHEREAS, Defendants filed, in response to Plaintiffs' Complaint, a Motion to Dismiss, Stay, or Transfer Venue and a Motion to Compel Individual Arbitration (collectively, "the Motions") on May 11, 2017;

WHEREAS, Plaintiffs need additional time to prepare oppositions to the two Motions;

WHEREAS, the parties had previously stipulated to an extension of time for Defendants to respond to the Complaint;

WHEREAS, on May 15, 2017, Plaintiffs requested that Defendants stipulate to an extension of time for Plaintiffs' responses to the Motions and proposed that the parties begin preliminary discovery prior to filing Plaintiffs' responses;

WHEREAS, the parties subsequently met and conferred in writing and telephonically, and Defendants opposed Plaintiffs' proposal to conduct discovery prior to the adjudication of the Motions, but agreed to extend the parties' time for briefing and to continue the hearing on the Motions, subject to the Court's permission and availability, so long as Plaintiffs did not use the extended time period prior to the hearing to conduct discovery;

WHEREAS, Plaintiffs have agreed not to conduct discovery prior to the hearing, but will, in their opposition to the Motion to Compel Arbitration, seek the Court's permission to conduct discovery prior to a ruling on the Motion;

WHEREAS, the parties' oppositions and replies will likely address complex issues, including but not limited to, Plaintiffs' claimed exemption from the Federal Arbitration Act,

-2-
STIPULATION REQUESTING AMENDED BRIEFING SCHEDULE AND HEARING RE MOTION TO DISMISS, STAY, OR VACATE AND MOTION TO COMPEL ARBITRATION AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2; PROPOSED ORDER

the claimed unenforceability of the class action waiver signed by Plaintiffs, the claimed procedural and substantive unconscionability of the arbitration agreement, and the first-to-file rule; and

WHEREAS, the Civil Local Rules permit parties to stipulate to extended time for complex motions;

WHEREAS, the Initial Case Management Conference is currently scheduled for July 27, 2017 at 10 a.m., the same day as the parties' proposed new hearing date for the Motions and the parties' joint case management conference statement is currently due one week before the proposed new hearing date for the Motions on July 20, 2017;

WHEREAS, the parties believe that it will be more productive to conduct an initial case management conference after the Court hears the pending Motions, which may eliminate or narrow issues to be addressed at the initial case management conference;

WHEREAS, the Court is not available on July 13, 2017 and counsel for Defendants is not available to attend a hearing on July 20, 2017;

NOW, THEREFORE, the Parties hereby agree and stipulate to the following:

1. Plaintiffs' deadline to oppose the Motion to Dismiss, Stay, or Vacate and the Motion to Compel Individual Arbitration is extended to June 15, 2017;
2. The deadline for Defendants' corresponding replies in support of said Motions is extended to June 29, 2017;
3. The hearing on the Motions is continued until July 27, 2017 at 1:30 p.m., or as soon thereafter as is convenient for the Court's schedule; and
4. The Initial Case Management Conference is continued to September 14, 2017 at 10 a.m., or as soon thereafter as is convenient for the Court's schedule.

**IT IS SO STIPULATED**

1 | Date: May 25, 2017                                    THE ARNS LAW FIRM

                                                         By:     /s/ Robert S. Arns
                                                             Robert S. Arns
                                                             Jonathan E. Davis
                                                             Kevin M. Osborne
                                                             Julie C. Erickson
                                                             Shounak S. Dharap
                                                             Attorneys for Plaintiffs

                                                         MORGAN, LEWIS & BROCKIUS LLP

Date: May 25, 2017                                       By:     /s/ Theresa Mak
                                                             John S. Battenfeld
                                                             Christopher J. Banks
                                                             Theresa Mak
                                                             Attorneys for Defendants

**Attestation Regarding Signatures**

I, Robert S. Arns, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: May 25, 2017                                       THE ARNS LAW FIRM

                                                         By:     /s/ Robert S. Arns
                                                             Robert S. Arns
                                                             Attorneys for Plaintiffs

-4-
STIPULATION REQUESTING AMENDED BRIEFING SCHEDULE AND HEARING RE MOTION TO DISMISS, STAY, OR VACATE AND MOTION TO COMPEL ARBITRATION AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2; PROPOSED ORDER

# **ORDER**

PURSUANT TO STIPULATION:

1. Plaintiffs shall file their oppositions to Defendants' Motion to Dismiss, Stay, or Vacate and Motion to Compel Individual Arbitration (collectively, "the Motions") on or before June 15, 2017;

2. Defendants shall file their corresponding replies in support of the Motions on or before June 22, 2017;

3. The hearing on the Motions is continued until  July 27 , 2017 at  1:30  a.m./ p.m.; and

4. 4. The Initial Case Management Conference is continued to  September 14 , 2017 at  10:00  a.m./p.m.

**IT IS SO ORDERED**.

Dated: May  26 , 2017

_____
Hon. Richard Seeborg
United States District Court Judge

-5-
STIPULATION REQUESTING AMENDED BRIEFING SCHEDULE AND HEARING RE MOTION TO DISMISS, STAY, OR VACATE AND MOTION TO COMPEL ARBITRATION AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2; PROPOSED ORDER