THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| KIMBERLEE KELLER and TOMMY GARADIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC, *et al.*,<br><br>Defendants. | CASE NO. C19-1719-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In October 2019, this case was transferred to the Western District of Washington from the Northern District of California. (Dkt. No. 85.) On October 24, 2019, this Court notified counsel that, pursuant to LCR 83.1(d)(1), they are required to complete an application for leave to appear pro hac vice. (*See* Dkt. No. 86.) To date, Plaintiff's counsel has not filed an application for leave to appear pro hac vice. Plaintiff's counsel is hereby ORDERED to show cause as to why they have failed to file an application for leave to appear pro hac vice. Plaintiff's counsel's response shall be filed on or before 14 days from the date this order is issued.

//

1 | DATED this 21st day of September 2020.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk